

**NOT FOR PUBLIC VIEW**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

BALTAZAR VEGA MELENDREZ

Magistrate's Case No. **'08 MJ 1119**

WARRANT ISSUED ON THE BASIS OF:
__ Failure to Appear    __ Order of Court
__ Indictment           __ Information
X  Complaint

WARRANT FOR ARREST

TO:

ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER.

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

BALTAZAR VEGA MELENDREZ

DISTRICT OF ARREST: Southern District of California

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 APR 11 P 4:12

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |

BAIL NO BAIL
To be determined

OTHER CONDITIONS OF RELEASE

ORDERED BY

CLERK OF COURT/U.S. MAGISTRATE   BY [signature]

DATE ORDERED 4/11/2008
DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE

DATE EXECUTED

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.