UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

BALTAZAR VEGA MELENDREZ

FILED
08 APR 23 AM 8:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Magistrate's Case No. 08 MJ 1119

| WARRANT ISSUED ON THE BASIS OF: | |
|---|---|
| __ Failure to Appear | __ Order of Court |
| __ Indictment | __ Information |
| X  Complaint | |

WARRANT FOR ARREST

FILED
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO:

ANY U.S. MARSHAL OR OTHER
AUTHORIZED OFFICER.

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

BALTAZAR VEGA MELENDREZ

DISTRICT OF ARREST: Southern District of California

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

DATE 4/11/08
ARRESTED BY DUSM D. Vazquez
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 APR 19 P 4:12

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL  NO BAIL | OTHER CONDITIONS OF RELEASE | |

| ORDERED BY | | DATE ORDERED 4/11/2008 |
|---|---|---|
| CLERK OF COURT/U.S. MAGISTRATE   BY | | DATE ISSUED |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS I A

D. Vazquez