FILED

MAY - 8 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1470-LAB |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Secs. |
| BALTAZAR VEGA MELENDREZ, ) | 751(a) and 4082(a) - Escape |
| ) | From Federal Custody (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about March 16, 2008, within the Southern District of California, defendant BALTAZAR VEGA MELENDREZ did escape from an institution and facility in which he was confined by direction of the Attorney General, and his authorized representative, by willfully failing to remain within the extended limits of his confinement in that he did not appear at the Correctional Alternatives, Inc., San Diego, California, as directed, said custody and confinement being by virtue of a felony conviction for importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

*Sara Stingley*
for W. MARK CONOVER
Assistant U.S. Attorney

WMC:lml:4/21/08