AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                         WAIVER OF INDICTMENT

BALTAZAR VEGA MELENDREZ

CASE NUMBER: 08CR1470-LAB

I, __BALTAZAR VEGA MELENDREZ__, the above named defendant, who is accused of violating Title 18, U.S.C, Secs. 751(a) and 4082(a) - Escape From Federal Custody (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-8-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Baltazar Vega M._
BALTAZAR VEGA MELENDREZ
Defendant

_[signature]_
BRIAN J. WHITE
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
MAY - 8 2008

WMC:lml:4/21/08
Brenda Leyva, Interpreter 5/1/08